**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UBS Financial Services, Inc., | ) | No. CIV 07-1611-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Christopher Brereton, et al., | ) | |
| Defendants. | ) | |

    Pending before the Court is a Motion to Substitute Attorney filed by Andrew S. Ashworth of the law firm of Gabriel & Ashworth, P.L.L.C. (Dkt. 16) Pursuant to Rule 83.3 of the Local Rules of Practice of the United States District Court for District of Arizona, Mr. Ashworth requests to be substituted as counsel of record for Plaintiff UBS Financial Services, Inc., in the place and stead of attorneys William L. Thorpe and Patrick M. Klein of the law firm of Fennemore Craig, P.C.  Having satisfied the requirements of LRCiv. 83.3 and good cause appearing,

    **IT IS ORDERED GRANTING** the Motion to Substitute Attorney (Dkt. 16).

//

//

//

1   **IT IS FURTHER ORDERED** directing the Clerk of Court to substitute Andrew S.
2   Ashworth of the law firm of Gabriel & Ashworth, P.L.L.C., 10105 E. Via Linda, Suite 103,
3   No.392, Scottsdale, AZ 85258, as counsel of record for Plaintiff UBS Financial Services, Inc.
4   ("UBS"), in the place and stead of attorneys William L. Thorpe and Patrick M. Klein of the
5   law firm of Fennemore Craig, P.C.
6   　　　　DATED this 29th day of August, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Stephen M. McNamee
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

- 2 -