**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UBS Financial Services Inc, | ) | No. CIV 07-1611-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Christopher Brereton, et al., | ) | |
| Defendants. | ) | |

On August 31, 2007, the parties filed a Notice of Settlement with the Court. (Doc. No. 26) The Notice of Settlement requested the immediate dissolution the Temporary Restraining Order entered by the Court on August 24, 2007 as well as informed the Court that Plaintiff UBS Financial Services Inc. ("UBS") was withdrawing its pending motion for preliminary injunction. Accordingly,

**IT IS HEREBY ORDERED LIFTING** the Temporary Restraining Order entered by the Court on August 24, 2007. (Doc. No. 13)

**IT IS FURTHER ORDERED** that the hearing on UBS's motion for preliminary injunction scheduled for September 4, 2007 at 1:30 p.m. is **VACATED**.

**IT IS FURTHER ORDERED** that the Court will conduct a Status Hearing in this matter on **Monday, October 15, 2007, at 4:30 p.m.,** before the Honorable Stephen M. McNamee in Courtroom 605 at 401 West Washington Street in Phoenix, Arizona.

1     **IT IS FURTHER ORDERED** that the parties have 30 days from the date of this
2 Order by which to file a stipulated dismissal, and that if such a dismissal is timely filed, the
3 Status Hearing will be vacated.
4     DATED this 31st day of August, 2007.

*[signature]*

Stephen M. McNamee
United States District Judge