**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| UBS Financial Services, Inc., <br> Plaintiff, <br> v. <br> Christopher Brereton, et al., <br> Defendants. | No. CV-07-1611-PHX-SMM <br><br> **ORDER RE STIPULATED MOTION TO CONTINUE STATUS HEARING** |

Pursuant to the Joint Stipulated Motion to Continue Status Hearing (Dkt. 29) and good cause appearing,

**IT IS HEREBY ORDERED** that the Status Hearing scheduled for Monday, October 15, 2007 at 4:30 p.m. is continued to Tuesday, November 13, 2007 at 4:00 p.m. before the Honorable Stephen M. McNamee in Courtroom 605 at 401 W. Washington Street in Phoenix, Arizona.

DATED this 12th day of October, 2007.

Stephen M. McNamee
United States District Judge