**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| UBS Financial Services, Inc., | ) No. CV-07-1611-PHX-SMM |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| Christopher Brereton, et al., | ) |
| Defendants. | ) |

Pursuant to Plaintiff's Notice of Dismissal With Prejudice as to Defendants Brereton and Richards (Dkt. 33), and Federal Rule of Civil Procedure 41(a)(1)(A)(i),

**IT IS HEREBY ORDERED** dismissing with prejudice all claims in this action against Defendants Christopher Brereton and Grahame Richards.

DATED this 12th day of December, 2007.

Stephen M. McNamee
United States District Judge