**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| UBS Financial Services, Inc., ) | No. CV-07-1611-PHX-SMM |
| Plaintiff, ) | **ORDER** |
| v. ) |  |
| Christopher Brereton, et al., ) |  |
| Defendants. ) |  |

Pursuant to the Stipulation for Dismissal With Prejudice as to Defendants Klose and Yazbeck (Dkt. 34), and Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

**IT IS HEREBY ORDERED** dismissing with prejudice all claims in this action against Defendants Ryon Klose and Steven Yazbeck.

**IT IS FURTHER ORDERED** denying as moot Plaintiff's Motion in Limine filed August 31, 2007 (Dkt. 25).

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to enforce the parties' compliance with a settlement agreement reached between the parties.

DATED this 12th day of December, 2007.

Stephen M. McNamee
United States District Judge